UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

EL PASO E & P CO., LP                        CIVIL ACTION NO. 07-0428

VERSUS                                       JUDGE WALTER

CRABAPPLE PROPERTIES, LTD, ET AL             MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendants responded to the original complaint with a Motion for Joinder of Parties (Doc. 10). Plaintiff later filed an amended complaint, and Pardee Minerals, LLC filed an original and amended complaint in intervention.

Defendants filed a reply memorandum (Doc. 30) and requested, in light of the changes wrought by the new pleadings, that the court consider the original motion moot. Defendants state that they wish to submit a new Rule 12 motion that will address the allegations in the pleadings as they now stand. Accordingly, the **Motion for Joinder of Parties (Doc. 10)** is **denied, without prejudice** to urging any arguments set forth therein in a second motion directed at the current pleadings.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 17th day of December, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE