U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 0 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EL PASO E&P CO., LP | CIVIL ACTION NO. 07-0428 |
| VERSUS | JUDGE WALTER |
| CRABAPPLE PROPERTIES, LTD, ET AL | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 32) is denied with respect to the Rule 12(b)(6) challenge for failure to state a claim on which relief can be granted. The motion is granted with respect to the Rule 12(b)(7) and Rule 19 challenge for failure to join an indispensable party. At least one of the parties required for a just adjudication of this civil action would destroy diversity jurisdiction, so this civil action is dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of May, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE